UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :       Hon. Stanley R. Chesler

v.                             :       Crim. No. 08-594 (SRC)

LISSETTE VELOZ                 :       ORDER

This matter having been opened to the Court on the joint application of the Court of the United States of America and Lissette Veloz (John C. Caruso, Esq., appearing), for an order continuing this matter pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(ii); and the defendant being aware that absent such a finding she would have a right to be tried within seventy days of her first appearance in this district in connection with this matter, pursuant to 18 U.S.C. § 3161(c)(1); and the charges being the result of a lengthy investigation and the defendant requiring sufficient time to review discovery, which includes numerous documents, and to investigate the charges and file motions in this case; and the Court having designated this case a complex case; and the Court having found that an order granting a continuance of the proceedings in the above-captioned matter should be entered; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The documentary evidence in the case is voluminous and

complex and this case has been previously designated by this Court as a complex case.

2. The defendant and her counsel need time to review the discovery in this matter and, if needed, conduct investigations regarding the charges and possible defenses.

3. In light of the discovery and any follow-up investigation, the defendant needs sufficient time to draft any appropriate motions.

4. In light of these findings, and given the nature of the case and its complexity, it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established under the Speedy Trial Act.

5. Defendant Lissette Veloz consents to the aforementioned continuance.

6. The grant of a continuance will enable counsel for the defendant to adequately review the discovery, prepare motions, negotiate plea agreements or, if necessary, prepare for trial.

7. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this ___ day of March 2009;

IT IS ORDERED THAT the proceedings in the above-captioned matter are continued from April 8, 2009 to April 21, 2009.

IT IS FURTHER ORDERED that the period from **April 8, 2009** to **April 21, 2009** shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that defendant's motions are due on **March 13, 2009**.

IT IS FURTHER ORDERED that the Government's response is due on **March 27, 2009**.

IT IS FURTHER ORDERED motions hearings will take place on **April 6, 2009**.

IT IS FURTHER ORDERED that the remaining provisions of the Order for Discovery and Inspection, dated September 16, 2008, shall remain in full force and effect.

HONORABLE STANLEY R. CHESLER
United States District Judge

Consented and Agreed to by:

John D. Caruso, Esq.
Counsel for defendant Veloz

Kathleen P. O'Leary
Assistant U.S. Attorney

3