UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :     Hon. Stanley R. Chesler

        v.                                    :     Crim. No. 08-594 (SRC)

LISSETTE VELOZ                         :     ORDER

This matter having been opened by the Court by Ralph J. Marra, Jr., Acting Assistant United States Attorney for the District of New Jersey (Kathleen P. O'Leary, Assistant United States Attorney, appearing), and Lissette Veloz (John Caruso, Esq., counsel for the defendant, appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that absent such a finding she would have a right to be tried within seventy days of her first appearance in this district in connection with this matter, pursuant to 18 U.S.C. § 3161(c)(1); and as the defendant has consented to such a continuance; and it appearing that the defendant waives such a right; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. A plea agreement has been signed, which would thereby render trial of this matter unnecessary.

2. The defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 14th day of April 2009;

IT IS ORDERED THAT the proceedings in the above-captioned matter are continued from April 21, 2009 to June 20, 2009.

IT IS FURTHER ORDERED that the period from April 21, 2009 to June 20, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974;

HONORABLE STANLEY R. CHESLER
United States District Judge

Consented and Agreed to by:

John D. Caruso, Esq.
Counsel for defendant Veloz

Kathleen P. O'Leary
Assistant U.S. Attorney

2