GARCES & GRABLER, PC
20 Green Street
Newark, New Jersey 07102
TEL. NO. (973) 848-0500
ATTORNEY FOR DEFENDANT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| v. | : | Hon.. Stanley R. Chesler |
| **LISSETTE VELOZ,** | : | Crim. No. 08-594 (SRC) |
| | : | |
| DEFENDANT | : | **CONSENT ORDER** |

THIS MATTER HAVING BEEN PRESENTED TO THE COURT on or about July 28, 2009 by Michele Labrada, Esq., of Garces & Grabler, P.C., attorney for defendant, Lissette Veloz, pursuant to the entry of a guilty plea based upon changed circumstances of bail for a consent order granting: (1) the release of Lissette Veloz's daughter's, Lisselox, expired passport; (2) permission for Lissette Veloz to apply for a passport solely for the travel of Lisselox; (3) the release of Lissette Veloz from electronic monitoring; (4) the release and return of the electronic monitoring bracelet by any authorized individual of the Pre-Trial Services of the New Jersey District Courts, and with the consent of Kathleen P. O'Leary, Assistant United States Attorney for the District of New Jersey, on behalf of the government; and for good cause shown,

**IT IS THE FINDING OF THIS COURT** that this request should be granted for the following reasons:

1. A guilty plea has been signed and entered on this 28th day of July, 2009;

2. The defendant has been on electronic monitoring since on or about January 2008;

3. The defendant has complied with counseling and medication requirements;

IT IS ON THIS 29th DAY OF JULY, 2009;

**ORDERED** that Pre-trial Services of the New Jersey District Court and the U.S. Attorney's Office for the District of New Jersey shall release Lissette Veloz's daughter's, Lisselox, expired passport is hereby granted; and it is further,

**ORDERED** that Lissette Veloz may apply for a passport solely for the travel of Lisselox, her daughter is hereby granted; and it is further,

**ORDERED** that Lissette Veloz shall be released from electronic monitoring is hereby granted; and it is further,

**ORDERED** that Lissette Veloz's release from the electronic monitoring bracelet shall be conducted by any authorized individual of the Pre-Trial Services of the New Jersey District Courts is hereby granted. and it is further, Ordered that mental health counseling shall be continued, as previously ordered. condition of Pre-Trial Release.

All other previous imposed conditions are and remain in effect.

_____
HON. STANLEY R. CHESLER, U.S.D.C.

Consented and Ageed to by:

_____
Kathleen P. O'Leary
Assistant U.S. Attorney

_____
Michele Labrada, Esq.
Attorney for Lissette Veloz

(Page 2 of 2)