WILLIAM J. GARCES
WILLIAM N. GRABLER ♦
ALAN T. GRENING
ESTHER M. SIEIRA-ALVAREZ
JONATHAN A. KESSOUS ◊
ARLINDO B. ARAUJO ○◊
DAVID N. FIVELAND
GARY A. CAVALLI
LAWRENCE A. LEBROCQ ※
MICHAEL R. SPECK
KEVIN S. RECHELSON
DAVID M. WASSERMAN
MICHAEL S. RICHMOND
KAREN R. SEIDEN ★
PAMELA J. JOHNSON ♦
J. ANDREW VELEZ
JOSEPH J. COMPITELLO
PASQUALE O. VELLA
LAURA M. MENDONCA
MICHELE LABRADA

GERALD B. O'CONNOR, OF COUNSEL

■ MEMBER DC BAR
□ MEMBER PA BAR
○ MEMBER NY BAR
★ MEMBER CA BAR ONLY
♦ CERTIFIED BY THE SUPREME COURT OF NEW
JERSEY AS A WORKERS' COMPENSATION LAW ATTORNEY
※ CERTIFIED BY THE SUPREME COURT OF NEW
JERSEY AS A CIVIL TRIAL ATTORNEY

LAW OFFICES OF

# GARCES & GRABLER

A PROFESSIONAL CORPORATION

20 GREEN STREET
NEWARK, N.J. 07102

(973) 848-0500
(973) 848-1601 FAX

WWW.GARCESGRABLER.COM

*Se habla Español*
*Mówimy po Polsku*

□ 235 LIVINGSTON AVENUE
NEW BRUNSWICK, NJ 08901
(732) 249-1300
(732) 220-1555 FAX

□ 283 E. FRONT STREET
TRENTON, N.J. 08611
(609) 393-0700
(609) 393-8581 FAX

□ 502 AMBOY AVENUE
PERTH AMBOY, N.J. 08861
(732) 826-2300
(732) 826-4027 FAX

□ 2 SOUTH BROAD STREET
ELIZABETH, N.J. 07202
(908) 436-0001
(908) 436-0002 FAX

□ 415 WATCHUNG AVENUE
PLAINFIELD, N.J. 07060
(908) 769-3366
(908) 769-7693 FAX

□ 6 THROCKMORTON STREET
FREEHOLD, N.J. 07728
(732) 414-5000
(732) 414-5001 FAX

REPLY TO:

☐ NEWARK

January 6, 2010

Stanley R. Chesler, U.S.D.J.
U.S. P.O. & Courthouse
Room 417
P.O. Box 999
Newark, New Jersey 07101

    Re:    U.S.A. v. LISSETTE VELOZ
           Case Number: ~~2:07-mj-03198-PS-1~~/08-594   *08-594*

Dear Judge Chesler:

This letter will serve to inform you that this firm is releasing Lissette Veloz of any and all liens with regards to the above captioned matter. As such, we are respectfully requesting that you consent to the Order for the release of the bail money that was posted by Bartolo Cappellan, Ms. Veloz's boyfriend. A copy of the Assignment of Bail is enclosed herewith.

We thank you in advance for your time.

                          Respectfully yours,
                          GARCES & GRABLER, P.C.

                          By: _____
                               Michele Labrada, Esq.

ML/ps
Encs.

1/8/2010

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :  Hon. Stanley R. Chestler

:

:

LISSETTE VELOZ  :  Criminal No. 2:07-mj-03198 -08594

:  ASSIGNMENT OF BAIL

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY    ss.

Bail having been set in the total amount of two hundred and fifty thousand DOLLARS ($250,000.00) on the above mentioned matter, and the defendant(s) having posted the total of twenty five thousand DOLLARS ($25,000.00), as ten percent (10%) of the bail under the prevailing system, by and through Bartolo Copellow, it is the intention of the undersigned to assign sixteen thousand DOLLARS ($ 16,000.00), as counsel fees to John D. Caruso of Garces & Grabler, P.C, upon the release of said funds at the completion of the above captioned matter by the Clerk of the District Court of the United States with the check being made out in the attorney's name.

(Signed by Defendant/Owner of Bail)

Sworn to and subscribed before me
this 30 day of October, 20 08

GISELA MANON
A NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES DEC. 13, 2009